IH-14

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

against

JOSE VILLARRELA

(Alias)

NOTICE OF APPEARANCE

DOCKET NO. ASSIGNED JUDGE OR MAGISTRATE JUDGE: 07 MAG 1133

Please PRINT Clearly

TO: JAMES M. PARKISON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [x] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [x] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. February  YR. 1989

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
August 2, 2007

SIGNATURE [signature]

PRINT THE FOLLOWING INFORMATION CLEARLY

PETER J. BATALLA, JR., ESQ.
Attorney for Defendant

SAME
Firm name if any

888 Grand Concourse, Suite 1N
Street address

Bronx, New York    10451
City            State        Zip

(718) 585-2233        (718) 585-8640
Telephone No            Fax No.

Email: batalla.law@verizon.net

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186