UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                               Plaintiff,        07 MAG 1133

   -against-                                  NOTICE OF
                                                APPEARANCE

JOSE VILLARRETA,
                              Defendant.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that the undersigned, FRANCISCO A. KNIPPING-DIAZ for ROSENBLATT, FRASCIELLO & KNIPPING-DIAZ, LLC., an attorney duly admitted to practice law in the State of New York hereby appears for the above captioned Defendant.


Dated: New York, New York
       September 17, 2007

                                                _____/s/_____
                                                FRANCISCO A. KNIPPING-DIAZ, Esq.
                                                Attorney for defendant
                                                4791 Broadway
                                                New York, New York 10034
                                                (212) 544-8892
                                                (917) 749-0607 –Cell Phone

TO:    Honorable Theodore H. Katz